ABRAHAM JACOBS, Respondent, *v.* SAMUEL TANNENBAUM, Appellant.

GERTRUDE SUSKIND, Respondent, *v.* SAMUEL TANNEN-BAUM, Appellant.

(Submitted October 8, 1935; decided October 22, 1935.)

*David Rudin* for appellant.

*Elias Bernstein* and *Arnold V. Schwartz* for respondents.

In each action, appeal dismissed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not voting: CROUCH, J.